# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
RODRIGUEZ, VICTOR  §   Case No. 12-40246
  §
  Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/17/2014 in Courtroom 613,
UNITED STATES COURTHOUSE
219 S DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2014            By: /s/ Andrew J. Maxwell
                                          Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RODRIGUEZ, VICTOR § Case No. 12-40246
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 400,000.00 |
| and approved disbursements of | $ | 314,868.35 |
| leaving a balance on hand of[1] | $ | 85,131.65 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | CMS REVOLVING FUND | $ 106,304.18 | $ 106,304.18 | $ 106,304.18 | $ 0.00 |
| | STATE EMPLOYEES RETIRMENT SYSTEM | $ 27,029.16 | $ 27,029.16 | $ 27,029.16 | $ 0.00 |

Total to be paid to secured creditors        $           0.00
Remaining Balance                            $      85,131.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 21,036.93 | $ 0.00 | $ 21,036.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 7,617.50 | $ 0.00 | $ 7,617.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 32.10 | $ 0.00 | $ 32.10 |
| Other: CORBOY & DEMETRIO PC | $ 133,333.34 | $ 133,333.34 | $ 0.00 |
| Other: CORBOY & DEMETRIO PC | $ 32,967.95 | $ 32,967.95 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 28,686.53

Remaining Balance $ 56,445.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,092.65 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 2,145.40 | $ 0.00 | $ 2,145.40 |
| 000002 | RBS Citizens | $ 12,793.77 | $ 0.00 | $ 12,793.77 |
| 000003 | Capital One Bank (USA), N.A. | $ 3,294.35 | $ 0.00 | $ 3,294.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Investments II LLC | $ 978.55 | $ 0.00 | $ 978.55 |
| 000005 | Capital Recovery V, LLC | $ 1,595.89 | $ 0.00 | $ 1,595.89 |
| 000006 | Capital Recovery V, LLC | $ 765.69 | $ 0.00 | $ 765.69 |
| 000007 | WORLD'S FOREMOST BANK | $ 5,519.00 | $ 0.00 | $ 5,519.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 27,092.65 |
| Remaining Balance | $ 29,352.47 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 90.97 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,261.50 .

Prepared By: /s/Andrew J. Maxwell
                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-40246-TAB
Victor Rodriguez Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Aug 27, 2014
                       Form ID: pdf006    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2014.
```
db           +Victor Rodriguez,    289 W 16th Place,    Chicago Heights, IL 60411-3977
19549761     +Cabelas,    4800 NW 1st St,    Suite 300,    Lincoln, NE 68521-4463
19549762     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
20048515      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19549763      Charter One,    PO Box 637,    Bridgeport, CT 06601-0637
19549764     +Chase Bank,    c/o United Collections Bureau,    5620 Southwyck Blvd, Ste 206,
               Toledo, OH 43614-1501
19549765     +Chicago Central Emergency Physicians,    c/o United Collection,    PO Box 140190,
               Toledo, OH 43614-0190
19549767     +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
19549768      Homeward Residential,    PO Box 619063,    Dallas , TX 75261-9063
19549769     +Menards,    PO Box 5253,    Carol Stream, IL 60197-5253
19549770     +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
19549771     +Pay Pal Smart Connection,    PO Box 965005,    Orlando , FL 32896-5005
20017458     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
19549772     +RBS Citizens,    1000 Lafayette Gill,    Bridgeport, CT 06604-4725
20432905      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19549760     +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2014 01:02:04      Bass Pro,    c/o GERCB,
               PO Box 965036,    Orlando , FL 32896-5036
20374372      E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2014 01:06:33      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19549766     +E-mail/Text: clientservices@northwestcollectors.com Aug 28 2014 00:54:43      Farzona Begom MD,
               c/o Northwest Collectors,    3601 Algonquin Rd, Ste 232,    Rolling Meadows, IL 60008-3106
20009501     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2014 01:02:07
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20350082      E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2014 01:02:13      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19549774     +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2014 01:06:28      Sam's Club,    c/o GERCB,
               PO Box 965005,    Orlando , FL 32896-5005
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Maxwell Law Group,LLC
20928568        Deutsche Bank National Trust Company, as Trustee f
19549773*      +Victor Rodriguez,    289 W 16th Place,    Chicago Heights, IL 60411-3977
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2014 at the address(es) listed below:
```
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Edward G Willer    on behalf of Trustee Andrew J Maxwell, ESQ ,
               mtj@corboydemetrio.com;sdudak@corboydemetrio.com;cpuchek@corboydemetrio.com
```

```
District/off: 0752-1          User: dross              Page 2 of 2         Date Rcvd: Aug 27, 2014
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Nicholas D. Strom    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R7 strom@bcclegal.com, pluister@bcclegal.com,mavropodis@bcclegal.com,bochnowski@bcclegal.com

      Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com, maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com

      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      Thomas M Britt    on behalf of Debtor Victor  Rodriguez tmblawstf1@sbcglobal.net

      TOTAL: 8