UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
RODRIGUEZ, VICTOR             §    Case No. 12-40246
                                          §
            Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VICTOR RODRIGUEZ |  |  |  |
| VICTOR RODRIGUEZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Homeward Residential PO Box 619063 Dallas  TX 75261-9063 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Navy Federal Credit Union PO Box 3700 Merrifield VA 22119 | | | | | |
| | Creditor # : 3 Navy Federal Credit Union PO Box 3700 Merrifield VA 22119 | | | | | |
| | CMS REVOLVING FUND | | | | | |
| | STATE EMPLOYEES RETIRMENT SYSTEM | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| CORBOY & DEMETRIO PC | | | | | |
| CORBOY & DEMETRIO PC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Bass Pro c/o GERCB PO Box 965036 Orlando  FL 32896 | | | | | |
| | Creditor # :10 Navy Federal Credit Union PO Box 3700 Merrifield VA 22119 | | | | | |
| | Creditor # :11 Pay Pal Smart Connection PO Box 965005 Orlando  FL 32896 | | | | | |
| | Creditor # :12 RBS Citizens 1000 Lafayette Gill Bridgeport CT 06604 | | | | | |
| | Creditor # :13 Sam's Club c/o GERCB PO Box 965005 Orlando  FL 32896 | | | | | |
| | Creditor # :2 Cabelas 4800 NW 1st St Suite 300 Lincoln NE 68521 | | | | | |
| | Creditor # :3 Capital One PO Box 30281 Salt Lake City UT 84130 | | | | | |
| | Creditor # :4 Charter One PO Box 637 Bridgeport CT 06601-0637 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :5 Chase Bank c/o United Collections Bureau 5620 Southwyck Blvd, Ste 206 Toledo OH 43614 | | | | | |
| | Creditor # :6 Chicago Central Emergency Physicians c/o United Collection PO Box 140190 Toledo OH 43614 | | | | | |
| | Creditor # :7 Farzona Begom MD c/o Northwest Collectors 3601 Algonquin Rd, Ste 232 Rolling Meadows IL 60008 | | | | | |
| | Creditor # :8 Home Depot/Citibank PO Box 6497 Sioux Falls SD 57117 | | | | | |
| | Creditor # :9 Menards PO Box 5253 Carol Stream IL 60197 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | RBS CITIZENS | | | | | |
| 000007 | WORLD'S FOREMOST BANK | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CAPITAL RECOVERY V, LLC | | | | | |
| | PORTFOLIO INVESTMENTS II LLC | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | RBS CITIZENS | | | | | |
| | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-40246 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RODRIGUEZ, VICTOR | | | Date Filed (f) or Converted (c): | 10/10/12 (f) |
| | | | | 341(a) Meeting Date: | 12/04/12 |
| For Period Ending: | 11/17/14 | | | Claims Bar Date: | 05/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 289 W. 16th Place Chicago Heights, IL 6 | 90,900.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with Charter One Location: In deb | 500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods Location: In debtor' | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Wearing Apparel Location: In debtor' | 500.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 6. Location: In debtor's possession | 0.00 | 0.00 | | 0.00 | FA |
| 7. Lawsuit against Cook County Sheriff's Department | Unknown | 400,000.00 | | 400,000.00 | FA |
| 8. Worker's Compensation Case against State of Illino | Unknown | 0.00 | | 0.00 | FA |
| 9. 1979 Suzuki GSI (does not work) Location: In debto | 0.00 | 150.00 | | 0.00 | FA |
| 10. 1980 Kawasaki Ltd (does not work) Location: In deb | 250.00 | 250.00 | | 0.00 | FA |
| 11. 1989 Chevy Blazer (does not work) Location: In deb | 400.00 | 400.00 | | 0.00 | FA |
| 12. 1993 Ford Mustang (does not work) Location: In deb | 500.00 | 500.00 | | 0.00 | FA |
| 13. 1993 Nissan Maxima Location: In debtor's possessio | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. 2000 Honda Goldwing Location: In debtor's possessi | 3,000.00 | 2,000.00 | | 0.00 | FA |
| 15. 2005 Ford F-250 Truck Location: In debtor's posses | 7,000.00 | 0.00 | | 0.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $105,550.00        $404,300.00        $400,000.00        $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-special counsel employed, settlement approved by BK court but awaiting approval by Cook County Board (expected May 2014)

LFORM1                                                                                                    Ver: 18.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-40246   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RODRIGUEZ, VICTOR | Date Filed (f) or Converted (c): 10/10/12 (f) |
| | | 341(a) Meeting Date: 12/04/12 |
| | | Claims Bar Date: 05/02/13 |

-PI case pending

TFR FILED- HEARING PENDING 9/17/14

FINAL DISTRIBUTION MADE

TDR IN PROCESS

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.03a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-40246 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RODRIGUEZ, VICTOR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8660 Checking Account |
| Taxpayer ID No: | *******1171 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/14 | 7 | COUNTY OF COOK<br>CHICAGO, IL | PERSONAL INJURY SETTLEMENT | 1242-000 | 400,000.00 | | 400,000.00 |
| 06/23/14 | 010001 | CMS REVOLVING FUND | Final Payment<br>Satisfaction of Worker's Compensation Lien<br>o/c 4/23/2014 | 4220-000 | | 106,304.18 | 293,695.82 |
| 06/23/14 | 010002 | STATE EMPLOYEES RETIRMENT SYSTEM | Final Payment<br>Satisfaction of State Employees' Retirement System's Lien<br>o/c 04/23/2014 | 4220-000 | | 27,029.16 | 266,666.66 |
| 06/23/14 | 010003 | CORBOY & DEMETRIO, PC.<br>33 North Dearborn Street<br>21 st Floor<br>Chicago, IL 60602 | Final Payment for Attorney's Fees<br>o/c 04/23/2014 | 3210-000 | | 133,333.34 | 133,333.32 |
| 06/23/14 | 010004 | CORBOY & DEMETRIO, PC.<br>33 North Dearborn Street<br>21 st Floor<br>Chicago, IL 60602 | Final Payment for Attorney's Expens<br>c/o 04/23/2014 | 3220-000 | | 32,967.95 | 100,365.37 |
| 06/23/14 | 010005 | VICTOR RODRIGUEZ<br>289 W 16TH PLACE<br>CHICAGO HEIGHTS, IL 60411 | FINAL FULL PAYMENT PI EXEMPTION | 8100-000 | | 15,000.00 | 85,365.37 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.72 | 85,131.65 |
| 09/19/14 | 010006 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 9/17/2014 | 2100-000 | | 21,036.93 | 64,094.72 |
| 09/19/14 | 010007 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Tr. Fees and Expenses<br>c/o 9/17/2014 | | | 7,649.60 | 56,445.12 |

Page Subtotals 400,000.00 343,554.88

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-40246 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RODRIGUEZ, VICTOR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8660 Checking Account |
| Taxpayer ID No: | *******1171 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/14 | 010008 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Fees 7,617.50 — 3110-000<br>Expenses 32.10 — 3120-000<br>Claim 1, Final Payment + Interest<br>Claim 2,145.40 — 7100-000<br>Interest 7.20 — 7990-000 | | | 2,152.60 | 54,292.52 |
| 09/19/14 | 010009 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | Claim 2, Final Payment + Interest<br>Claim 12,793.77 — 7100-000<br>Interest 42.96 — 7990-000 | | | 12,836.73 | 41,455.79 |
| 09/19/14 | 010010 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 3, Final Payment + Interest<br>Claim 3,294.35 — 7100-000<br>Interest 11.06 — 7990-000 | | | 3,305.41 | 38,150.38 |
| 09/19/14 | 010011 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 4, Final Payment + Interest<br>Claim 978.55 — 7100-000<br>Interest 3.29 — 7990-000 | | | 981.84 | 37,168.54 |
| 09/19/14 | 010012 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Claim 5, Final Payment + Interest | | | 1,601.25 | 35,567.29 |

Page Subtotals         0.00       20,877.83

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| | |
|---|---|
| Case No: | 12-40246 -TAB |
| Case Name: | RODRIGUEZ, VICTOR |
| Taxpayer ID No: | *******1171 |
| For Period Ending: | 11/17/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8660 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 1,595.89<br>Interest 5.36 | 7100-000<br>7990-000 | | | |
| 09/19/14 | 010013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 6, Final Payment + Interest<br><br>Claim 765.69<br>Interest 2.57 | <br><br>7100-000<br>7990-000 | | 768.26 | 34,799.03 |
| 09/19/14 | 010014 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 7, Final Payment + Interest<br><br>Claim 5,519.00<br>Interest 18.53 | <br><br>7100-000<br>7990-000 | | 5,537.53 | 29,261.50 |
| 09/19/14 | 010015 | VICTOR RODRIGUEZ<br>289 W 16TH PLACE<br>CHICAGO HEIGHTS, IL 60411 | Surplus Funds | 8200-002 | | 29,261.50 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 400,000.00 | 400,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 400,000.00 | 400,000.00 | |
| Less: Payments to Debtors | | 44,261.50 | |
| Net | 400,000.00 | 355,738.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8660 | 400,000.00 | 355,738.50 | 0.00 |
| | 400,000.00 | 355,738.50 | 0.00 |

Page Subtotals     0.00     35,567.29

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-40246 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RODRIGUEZ, VICTOR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8660 Checking Account |
| Taxpayer ID No: | *******1171 | | |
| For Period Ending: | 11/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*